UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM W. LUMPKINS, | CASE NO. 3:22-CV-5852-RAJ-DWC |
| Petitioner, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 5) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

Dated this 5th day of December, 2022.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1