UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM W. LUMPKINS,<br><br>                Petitioner,<br><br>   v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 3:22-cv-5852<br><br>ORDER APPOINTING COUNSEL |

The Court GRANTS Petitioner William Lumpkins' motion for appointment of counsel. Dkt. No. 20. The Court APPOINTS Rylan L. S. Weythman, Foster Garvey PC, 1111 3rd Avenue, Suite 3000, Seattle, Washington 98101, (206) 447-4400, rylan.weythman@foster.com, as pro bono counsel for Lumpkins. The appointment is made under the Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order No. 07-23 (Jan. 1, 2024), https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2007-23%20-%20Amended%20Pro%20Bono%20Plan.pdf.

Counsel is directed to file a Notice of Appearance within 10 calendar days of this order. If counsel cannot assume this representation for a reason contemplated

ORDER APPOINTING COUNSEL - 1

by the Civil Rules, a motion for relief from appointment should immediately be filed with the assigned judge.

Dated this 25th day of November, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER APPOINTING COUNSEL - 2