UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM W. LUMPKINS,<br><br>   Petitioner,<br><br> v.<br><br>JASON BENNETT,<br><br>   Respondent. | CASE NO. 3:22-cv-5852<br><br>ORDER DIRECTING<br>SUPPLEMENTAL BRIEFING |

   The Court raises this matter of its own accord. On March 29, 2024, this Court ordered Petitioner William W. Lumpkins to file a supplemental brief addressing (1) good cause for his failure to exhaust his ineffective assistance of counsel claim in state court; and (2) whether a stay would be futile given the time constraint of RCW 10.73.090. Dkt. No. 18 at 12–13. The Court also ordered Defendant Jason Bennett ("the state") to file a response brief, addressing whether it waived the defense of procedural default. *Id.* at 13.

   Lumpkins failed to file a supplemental brief. The state filed a response brief, arguing that Lumpkins properly exhausted his ineffective assistance of counsel claim before the state courts, that he failed to show that the state court adjudication

ORDER DIRECTING SUPPLEMENTAL BRIEFING - 1

of his ineffective assistance of counsel claim was contrary to or an unreasonable application of clearly established federal law, and that there is no basis to stay federal proceedings. Dkt. No. 19.

In response, Lumpkins moved for appointment of pro bono counsel claiming that he needed help drafting the supplemental brief because he did not understand the subject matter. Dkt. No. 20 at 1. The Court agreed that the exhaustion issue is complex and requires sophisticated legal analysis. Dkt. No. 21 at 4. As a result, the Court granted Lumpkins' motion—contingent on identifying a pro bono attorney who was available and willing to accept such an appointment. Dkt. No. 21 at 5. Two attorneys of Foster Garvey PC appeared on Lumpkins's behalf.

The Court renews its order and directs Lumpkins to file a supplemental brief, no longer than 12 pages, addressing the state's brief within 45 days of this order. Dkt. No. 19.

The Court notes that on August 25, 2025, Lumpkins's attorneys moved to withdraw. Dkt. No. 27. This motion will be ripe for consideration on September 8. The Court directs Lumpkins's counsel to file a status report before September 8, clarifying whether they expect to complete and submit the supplemental brief on Lumpkins's behalf before their motion to withdraw becomes ripe.

Dated this 27th day of August, 2025.

Jamal N. Whitehead
United States District Judge