UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM W. LUMPKINS, | CASE NO. 3:22-cv-5852 |
| Petitioner, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

On August 25, 2025, Petitioner's counsel, Rylan Weythman and Kate Bradley of Foster Garvey PC, moved to withdraw from this case. Dkt. No. 27 at 1. As this will leave Petitioner William W. Lumpkins unrepresented, the motion includes Lumpkins's mailing address and phone number as required by Local Civil Rule 83.2(b)(1). *Id.* Counsel also certified that they mailed a copy of their motion to Lumpkins on August 25, 2025. *Id.* at 3. Lumpkins has not responded to his counsels' motion. *See* Dkt.

The Court GRANTS counsels' motion to withdraw and terminates Weythman and Bradley as counsel of record for Lumpkins in this proceeding. The

ORDER GRANTING MOTION TO WITHDRAW - 1

Court DIRECTS the Clerk of Court to update the docket with the contact information for Lumpkins.

Dated this 23rd day of September, 2025.

                                    Jamal N. Whitehead
                                    United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2